**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY ALLEN; BROOKE ALLEN, a minor suing through her legal representative, TOMMY ALLEN,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO COUNTY SHERIFF'S DEPUTY BILL RICHARDSON AND THE COUNTY OF FRESNO, CALIFORNIA,<br><br>Defendants. | CV F 1:06-CV-01469 AWI -SMS<br><br>ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION<br>[Doc. 14]<br><br>ORDER CONTINUING HEARING ON MOTION TO FEBRUARY 5, 2007 AND CONTINUING SCHEDULING CONFERENCE |

On November 27, 2006, Defendants filed a Motion To Dismiss, or, in the alternative, a Motion for More Definite Statement, scheduling the matter for hearing on January 8, 2006. On December 26, 2006, Plaintiffs filed an ex parte request for an extension of time to file their opposition and a concomitant request for a continuance of the hearing date.

Also on December 26, 2006, Defendants filed a response to Plaintiffs' ex parte application, stating that they do not oppose Plaintiffs' request for an extension of time. If the application is granted, Defendants request a corresponding extension of time to file their reply.

Good cause appearing, Plaintiffs' ex parte request for an extension of time to file their

opposition is HEREBY GRANTED.  Plaintiffs shall file their opposition no later than January 5, 2007.  Defendants' request for an extension of time to file their reply is also granted .  Defendants' reply shall be filed on or before January 19, 2007.  The previously set hearing date of January 8, 2006, is HEREBY VACATED.   Hearing on the pending motion will be set for February 5, 2007 at 1:30 p.m.

In light of this revised schedule, the scheduling conference now set for January 17, 2007, is HEREBY continued pending resolution of Defendants' motions.


IT IS SO ORDERED.

**Dated:      January 3, 2007**                             **/s/ Anthony W. Ishii**
0m8i78                                                  UNITED STATES DISTRICT JUDGE

2