1

2

3

4

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY ALLEN; BROOKE ALLEN, a ) <br> minor suing through her legal ) <br> representative, TOMMY ALLEN, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> FRESNO COUNTY SHERIFF'S ) <br> DEPUTY BILL RICHARDSON AND ) <br> THE COUNTY OF FRESNO, ) <br> CALIFORNIA, ) <br> ) <br> **Defendants.** ) <br> _____ ) | CV F 1:06-CV-01469 AWI -SMS <br><br> **ORDER VACATING** <br> **HEARING AND TAKING** <br> **MATTER UNDER** <br> **SUBMISSION AS OF** <br> **FEBRUARY 5, 2007** |

10

11

12

13

14

15

16

17

18

19        Defendants  have noticed for hearing and decision a Motion To Dismiss and a Motion

20   for More Definite Statement.  The matter is set for hearing on February 5, 2007.  The court

21   has reviewed Defendants' motion, the complaint, and the applicable law, and has determined

22   that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

23   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 5,

24   2007, is VACATED, and no party shall appear at that time.  As of February 5, 2007, the court

25   will take the matter under submission, and will thereafter issue its decision.

26    IT IS SO ORDERED.

27   **Dated:    January 26, 2007              _/s/ Anthony W. Ishii_**
      0m8i78                            UNITED STATES DISTRICT JUDGE

28