IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY ALLEN; BROOKE ALLEN, a minor suing through her legal representative, TOMMY ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>FRESNO COUNTY SHERIFF'S DEPUTY BILL RICHARDSON AND THE COUNTY OF FRESNO, CALIFORNIA,<br><br>    Defendants. | CV F 1:06-CV-01469 AWI -SMS<br><br>MEMORANDUM OPINION AND ORDER RE DEFENDANTS' MOTIONS TO DISMISS<br><br>[Docs. 12 and 13] |

    Defendants have noticed for hearing and decision motions to dismiss and for more definite statement. The matter was set for hearing on February 5, 2007, but the hearing was vacated and the matter taken under submission.

    On November 27, 2006, Defendants Fresno City Police Officer Derik Kumagai, Fresno Police Officer Valerie Dunn and Fresno Police Detective Robert Lincoln filed a motion to dismiss the complaint pursuant to Rule 12(b)(6) or, in the alternative, for a more definite statement pursuant to Rule 12(e). On the same day, Defendants Fresno County Sheriff Deputy Christian Curtice, Fresno County Sheriff Deputy Romeo Grajeda, and County of Fresno filed a motion to dismiss the complaint on the same basis.

1  Plaintiffs sought and received an extension of time until January 5, 2007, to file an
2  opposition to Defendants' motions.  However, Plaintiffs did not file an opposition.  Rather,
3  on February 4, 2007, Plaintiffs filed a first amended complaint. Plaintiffs filed their amended
4  complaint before a responsive pleading was filed, as they were entitled to do pursuant to
5  Rule 15(a).  "It is hornbook law that an amended pleading supersedes the original, the latter
6  being treated thereafter as non-existent."  Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir.
7  1956), cert. den., 353 U.S. 947, 77 S.Ct. 825 (1957).   Therefore, Defendants' motions to
8  dismiss are based on a pleading which no longer has any force or effect in this case.

## ORDER

In light of the above, Defendants' motions to dismiss filed November 27, 2006, are hereby DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:    February 15, 2007**         /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE