IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY ALLEN; BROOKE ALLEN (a minor), by and through her legal representative TOMMY ALLEN,<br><br>  Plaintiffs,<br><br>  v.<br><br>FRESNO CITY POLICE OFFICERS DERIK KUMAGAI and VALERIE DUNN; FRESNO POLICE DETECTIVE ROBERT LINCOLN; FRESNO COUNTY SHERIFF DEPUTIES CHRISTIAN CURTICE, JARED WILLIAMSON, and ROMEO GRAJEDA; UNKNOWN LAW ENFORCEMENT OFFICERS; and COUNTY OF FRESNO, CALIFORNIA,<br><br>  Defendants | CV F F-06-1469 AWI SMS<br><br>ORDER VACATING HEARING DATE OF MARCH 26, 2007, AND TAKING MATTER UNDER SUBMISSION |

In this action by plaintiffs Tommy Allen and Brooke Allen ("Plaintiffs") for damages for violation of civil rights against the County of Fresno and several individual law enforcement officers ("Defendants"), Defendants have noticed for hearing and decision a motion to dismiss Plaintiffs' first amended complaint or, in the alternative, for a more definite statement.  Plaintiff's opposition, which was due not later than March 12, 2007, was filed on March 20, 2007.  Consequently, Plaintiffs may not oppose Defendants' motion at oral argument.  Local Rule 78-230(b).  The court has reviewed Defendants' motion and

Plaintiffs opposition and finds the motion is suitable for decision without oral argument. Local Rule 78-230(h).

THEREFORE, the court HEREBY ORDERS that the hearing date for consideration of Defendants' motion to dismiss, currently set for March 26, 2007, is hereby VACATED, and no party shall appear at that time. As of March 26, 2007, the court will take the matter under submission and will thereafter issue its opinion.

IT IS SO ORDERED.

**Dated:   March 21, 2007**              /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

2