1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY ALLEN; BROOKE ALLEN (a minor), by and through her legal representative TOMMY ALLEN,<br><br>    **Plaintiff**s,<br><br>  v.<br><br>FRESNO CITY POLICE OFFICERS DERIK KUMAGAI and VALERIE DUNN; FRESNO POLICE DETECTIVE ROBERT LINCOLN; FRESNO COUNTY SHERIFF DEPUTIES CHRISTIAN CURTICE, JARED WILLIAMSON, and ROMEO GRAJEDA; UNKNOWN LAW ENFORCEMENT OFFICERS; and COUNTY OF FRESNO, CALIFORNIA,<br><br>    **Defendants** | CV F F-06-1469 AWI SMS<br><br>**ORDER VACATING HEARING DATE OF OCTOBER 1, 2007, AND TAKING MATTER UNDER SUBMISSION** |

   In this action by plaintiffs Tommy Allen and Brooke Allen ("Plaintiffs") for damages for violation of civil rights against the County of Fresno and several individual law enforcement officers ("Defendants"), Defendants have noticed for hearing and decision a motion to dismiss Plaintiffs' action for failure to prosecute and failure to comply with an order of the court. Plaintiff's opposition, which was due not later than September 24, 2007, has not been filed as of September 26, 2007. Consequently, Plaintiffs may not oppose Defendants' motion at oral argument. Local Rule 78-230(b). The court has reviewed

Defendants' motion and finds the motion is suitable for decision without oral argument. Local Rule 78-230(h).

      THEREFORE, the court HEREBY ORDERS that the hearing date for consideration of Defendants' motion to dismiss, currently set for October 1, 2007, is hereby VACATED, and no party shall appear at that time.  As of October 1, 2007, the court will take the matter under submission and will thereafter issue its opinion.

IT IS SO ORDERED.

**Dated:   September 26, 2007**                                             **/s/ Anthony W. Ishii**
                                                                                UNITED STATES DISTRICT JUDGE