**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY ALLEN; BROOKE ALLEN (a minor), by and through her legal representative TOMMY ALLEN,<br><br>    **Plaintiff**s,<br><br>  v.<br><br>FRESNO CITY POLICE OFFICERS DERIK KUMAGAI and VALERIE DUNN; FRESNO POLICE DETECTIVE ROBERT LINCOLN; FRESNO COUNTY SHERIFF DEPUTIES CHRISTIAN CURTICE, JARED WILLIAMSON, and ROMEO GRAJEDA; UNKNOWN LAW ENFORCEMENT OFFICERS; and COUNTY OF FRESNO, CALIFORNIA,<br><br>    **Defendants** | CV F F-06-1469 AWI SMS<br><br>ORDER VACATING HEARING DATE OF MARCH 10, 2008, AND TAKING MATTER UNDER SUBMISSION |

   In this action by plaintiffs Tommy Allen and Brooke Allen ("Plaintiffs") for damages for violation of civil rights against the County of Fresno and several individual law enforcement officers ("Defendants"), Defendants have noticed for hearing and decision a motion to dismiss Plaintiffs' second amended complaint.  The court has reviewed Defendants' motion, Plaintiffs' opposition and Defendants' reply and finds the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

THEREFORE, the court HEREBY ORDERS that the hearing date for consideration of Defendants' motion to dismiss, currently set for March 10, 2008, is hereby VACATED, and no party shall appear at that time. As of March 10, 2008, the court will take the matter under submission and will thereafter issue its opinion.

IT IS SO ORDERED.

**Dated:   March 7, 2008**                         /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE

2