James D. Weakley, Esq.     Bar No. 082853
Valerie J. Velasco, Esq.    Bar No. 267141

WEAKLEY, ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, FRESNO CITY POLICE OFFICER DERIK KUMAGAI; FRESNO POLICE OFFICER VALERIE DUNN; FRESNO POLICE DETECTIVE ROBERT LINCOLN; FRESNO COUNTY SHERIFF DEPUTY CHRISTIAN CURTICE; FRESNO COUNTY SHERIFF DEPUTY ROMEO GRAJEDA; and COUNTY OF FRESNO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY ALLEN; BROOKE ALLEN, a minor suing through her legal representative, TOMMY ALLEN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>FRESNO CITY POLICE OFFICER DERIK KUMAGAI; FRESNO POLICE OFFICER VALERIE DUNN; FRESNO POLICE DETECTIVE ROBERT LINCOLN; FRESNO COUNTY SHERIFF DEPUTY CHRISTIAN CURTICE; FRESNO COUNTY SHERIFF DEPUTY JARED WILLIAMSON; FRESNO COUNTY SHERIFF DEPUTY ROMEO GRAJEDA; UNKNOWN LAW ENFORCEMENT OFFICERS; and COUNTY OF FRESNO, CALIFORNIA,<br><br>　　　　Defendants.<br>_____ | CASE NO.  1:06-CV-01469-AWI-SMS<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br><br><br><br><br><br><br><br><br>Complaint Filed: 10/19/2006<br>Trial Date:   TBA |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and ordered by this Court that, the Scheduling Conference currently set to be held on February 10, 2010, at 9:00 a.m., in Courtroom 7, before the Honorable Magistrate Judge Sandra M. Snyder, will be continued to March 1, 2010, at 10:00 a.m.  It is further stipulated the Joint Scheduling Report due to the Court by February 3, 2010, will now be due on or before February 22, 2010.

---

Stipulation and Proposed Order to
Continue Scheduling Conference

This continuance was requested by Defendants because James D. Weakley is unable to attend the Scheduling Conference, as he will be out of the country.  Plaintiff has agreed.

**IT IS SO STIPULATED.**

Dated:  January 28, 2010                    WEAKLEY, ARENDT & McGUIRE, LLP

                                            By:   /s/ Valerie J. Velasco
                                                  James D. Weakley
                                                  Valerie J. Velasco
                                                  Attorney for Defendants

Dated:  January 28, 2010       By:   /s/ Kevin G. Little
                                     Kevin G. Little
                                     Attorney for Plaintiffs

### ORDER

The Court hereby GRANTS the parties's stipulation to continue the Scheduling Conference currently set to be held on February 10, 2010, at 9:00 a.m., in Courtroom 7, before the Honorable Magistrate Judge Sandra M. Snyder.  The hearing shall now be held on March 1, 2010, at 10:00 a.m. before Judge Snyder.

The parties' Joint Scheduling Report shall be due on or before February 22, 2010.

IT IS SO ORDERED.

**Dated:   January 29, 2010            /s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE

---

Stipulation and Proposed Order to
Continue Scheduling Conference                    2