# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY ALLEN, BROOKE ALLEN, a minor suing through her legal representative, TOMMY ALLEN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FRESNO CITY POLICE OFFICER DERIK KUMAGAI, FRESNO POLICE OFFICER VALERIE DUNN, FRESNO POLICE DETECTIVE ROBERT LINCOLN, FRESNO COUNTY SHERIFF DEPUTY CHRISTIAN CURTICE, FRESNO COUNTY SHERIFF DEPUTY JARED WILLIAMSON, FRESNO COUNTY SHERIFF DEPUTY ROMEO GRAJEDA, UNKNOWN LAW ENFORCEMENT OFFICERS, and COUNTY OF FRESNO, CALIFORNIA,<br><br>　　　　　　Defendants. | NO. 1:06-CV-01469-AWI-SMS<br><br>ORDER VACATING APRIL 5, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　　Defendants' motion to dismiss has been set for hearing in this case on April 5, 2010. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 78-230(h). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 5, 2010, is VACATED, and the parties shall not appear at that time. As of April 5, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    March 31, 2010**　　　　　　　　　　/s/ **Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE