1 | James D. Weakley, Esq.     Bar No. 082853
    Rosemary T. McGuire, Esq.  Bar No. 172549
2 | Valerie J. Velasco, Esq.   Bar No. 267141

3 | WEAKLEY, ARENDT & McGUIRE, LLP
    1630 East Shaw Avenue, Suite 176
4 | Fresno, California   93710
    Telephone: (559) 221-5256
5 | Facsimile:  (559) 221-5262

6 | Attorneys for Defendants, FRESNO CITY POLICE OFFICER DERIK KUMAGAI;
    FRESNO POLICE OFFICER VALERIE DUNN; FRESNO POLICE DETECTIVE
7 | ROBERT LINCOLN; FRESNO COUNTY SHERIFF DEPUTY CHRISTIAN
    CURTICE; FRESNO COUNTY SHERIFF DEPUTY ROMEO GRAJEDA; and,
8 | COUNTY OF FRESNO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY ALLEN; BROOKE ALLEN, a minor suing through her legal representative, TOMMY ALLEN, | CASE NO. 1:06-CV-01469-AWI-SMS |
| Plaintiffs, | **STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER** |
| vs. | |
| FRESNO CITY POLICE OFFICER DERIK KUMAGAI; FRESNO POLICE OFFICER VALERIE DUNN; FRESNO POLICE DETECTIVE ROBERT LINCOLN; FRESNO COUNTY SHERIFF DEPUTY CHRISTIAN CURTICE; FRESNO COUNTY SHERIFF DEPUTY JARED WILLIAMSON; FRESNO COUNTY SHERIFF DEPUTY ROMEO GRAJEDA; UNKNOWN LAW ENFORCEMENT OFFICERS; and COUNTY OF FRESNO, CALIFORNIA, | Complaint Filed: 10/19/2006<br>Trial Date:  05/17/2011 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Scheduling Conference Order be modified as set forth below.  Good cause exists for the modification because the parties require additional time to complete discovery that is necessary for expert witnesses to complete a Rule 26 report.

| **Description** | **Old Date** | **New Date** |
|---|---|---|
| Expert Disclosure: | 09/24/2010 | 10/25/2010 |

---

Stipulation to Modify Scheduling Order

| | | | |
|---|---|---|---|
| 1 | Supplemental Expert Disclosure: | 10/08/2010 | 11/08/2010 |

All other dates will remain in conformity with the scheduling order of March 5, 2010 (Court Doc. No. 78).

DATED: September 20, 2010

                                      WEAKLEY, ARENDT & McGUIRE, LLP

                                      By:   /s/ Valerie J. Velasco
                                            James D. Weakley
                                            Valerie J. Velasco
                                            Attorney for Defendants

DATED:  September 20, 2010

                                      KEVIN G. LITTLE, ATTORNEY AT LAW

                                      By:   /s/ Kevin G. Little
                                            Kevin G. Little
                                            Attorney for Plaintiffs

IT IS SO ORDERED.

**Dated:   September 20, 2010**                            **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE