| | |
|---|---|
| James D. Weakley, Esq. | Bar No. 082853 |
| Valerie J. Velasco, Esq. | Bar No. 267141 |

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, FRESNO CITY POLICE OFFICER DERIK KUMAGAI; FRESNO POLICE OFFICER VALERIE DUNN; FRESNO POLICE DETECTIVE ROBERT LINCOLN; FRESNO COUNTY SHERIFF DEPUTY CHRISTIAN CURTICE; FRESNO COUNTY SHERIFF DEPUTY ROMEO GRAJEDA; and, COUNTY OF FRESNO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY ALLEN; BROOKE ALLEN, a minor suing through her legal representative, TOMMY ALLEN, <br><br>                 Plaintiffs, <br><br> vs. <br><br> FRESNO CITY POLICE OFFICER DERIK KUMAGAI; FRESNO POLICE OFFICER VALERIE DUNN; FRESNO POLICE DETECTIVE ROBERT LINCOLN; FRESNO COUNTY SHERIFF DEPUTY CHRISTIAN CURTICE; FRESNO COUNTY SHERIFF DEPUTY JARED WILLIAMSON; FRESNO COUNTY SHERIFF DEPUTY ROMEO GRAJEDA; UNKNOWN LAW ENFORCEMENT OFFICERS; and COUNTY OF FRESNO, CALIFORNIA, <br><br>                 Defendants. | CASE NO.  1:06-CV-01469-AWI-SMS <br><br> **STIPULATED DISMISSAL AND ORDER** <br><br><br><br><br><br> Complaint Filed: 10/19/2006 <br> Trial Date:   05/17/2011 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs TOMMY ALLEN and BROOKE ALLEN, and defendants VALERIE DUNN, ROBERT LINCOLN and ROMEO GRAJEDA, through their respective attorneys of record, hereby jointly request and stipulate to dismissal of this action as to the abovementioned defendants, with prejudice, all parties to bear their own costs and attorney's fees.

/ / /

DATED: January 13, 2011

---
Stipulated Dismissal with Prejudice as to Defendants
Valerie Dunn, Robert Lincoln, and Romeo Grajeda

By:  /s/ Kevin G. Little
Kevin G. Little
Attorney for Plaintiffs

DATED: January 13, 2011

WEAKLEY & ARENDT, LLP

By:  /s/ Valerie J. Velasco
Valerie J. Velasco
Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

Dated:   January 14, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE