IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| TOMMY ALLEN, BROOKE ALLEN, a minor suing through her legal representative, TOMMY ALLEN, | ) ) ) ) | NO. 1:06-CV-01469 AWI SMS |
| Plaintiffs, | ) ) ) | ORDER VACATING FEBRUARY 14, 2011 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |
| v. | ) ) | |
| FRESNO CITY POLICE OFFICER DERIK KUMAGAI, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

Plaintiffs' motion for summary adjudication has been set for hearing in this case on February 14, 2011.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 14, 2011, is VACATED, and the parties shall not appear at that time.  As of February 14, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    February 9, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE