| | |
|---|---|
| James D. Weakley, Esq. | Bar No. 082853 |
| Valerie J. Velasco, Esq. | Bar No. 267141 |

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, FRESNO CITY POLICE OFFICER DERIK KUMAGAI; FRESNO POLICE OFFICER VALERIE DUNN; FRESNO POLICE DETECTIVE ROBERT LINCOLN; FRESNO COUNTY SHERIFF DEPUTY CHRISTIAN CURTICE; FRESNO COUNTY SHERIFF DEPUTY ROMEO GRAJEDA; and, COUNTY OF FRESNO

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOMMY ALLEN; BROOKE ALLEN, a minor suing through her legal representative, TOMMY ALLEN, <br><br>         Plaintiffs, <br><br> vs. <br><br> FRESNO CITY POLICE OFFICER DERIK KUMAGAI; FRESNO POLICE OFFICER VALERIE DUNN; FRESNO POLICE DETECTIVE ROBERT LINCOLN; FRESNO COUNTY SHERIFF DEPUTY CHRISTIAN CURTICE; FRESNO COUNTY SHERIFF DEPUTY JARED WILLIAMSON; FRESNO COUNTY SHERIFF DEPUTY ROMEO GRAJEDA; UNKNOWN LAW ENFORCEMENT OFFICERS; and COUNTY OF FRESNO, CALIFORNIA, <br><br>         Defendants. | CASE NO.  1:06-CV-01469-AWI-SMS <br><br> **STIPULATED DISMISSAL AND ORDER** <br><br><br><br><br><br><br> Complaint Filed: 10/19/2006 <br> Trial Date:   05/17/2011 |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs TOMMY ALLEN and BROOKE ALLEN, and defendant DEREK KUMAGAI, through their respective attorneys of record, hereby jointly request and stipulate to dismissal of this action as to defendant Derek Kumagai, with prejudice, all parties to bear their own costs and attorney's fees.

/ / /

/ / /

_____
Stipulated Dismissal with Prejudice as to Defendant
Derek Kumagai

DATED: March 23, 2011

By:    /s/ Kevin G. Little
       Kevin G. Little
       Attorney for Plaintiffs

DATED: March 23, 2011

       WEAKLEY & ARENDT, LLP

By:    /s/ James D. Weakley
       James D. Weakley
       Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

Dated:   March 24, 2011

       CHIEF UNITED STATES DISTRICT JUDGE